**Adonay MELENDEZ, Petitioner—Appellant,**

v.

**James WALKER, Warden; Attorney General of the State of California, Respondents—Appellees.**

No. 07–55986.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 14, 2009.

Filed May 4, 2009.

David H. Goodwin, Esq., Los Angeles, CA, for Petitioner–Appellant.

Douglas L. Wilson, Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

ed by Ninth Circuit Rule 36–3.

Before: KOZINSKI, Chief Judge, PREGERSON, Circuit Judge, and MILLS,* District Judge.

## MEMORANDUM**

The California state court decision was not contrary to, or an unreasonable application of, clearly established federal law. 28 U.S.C. § 2254(d)(1). The admission of Rodriguez's redacted statement did not violate *Bruton v. United States,* 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968), because the statement only incriminated Melendez when "linked with other evidence introduced at trial." *United States v. Hoac,* 990 F.2d 1099, 1105 (9th Cir. 1993).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.